trial. Instead of that, the jury panel was dismissed. He then applied to this court for a writ of habeas corpus, whereupon another charge was filed for the forging of a $10 check.

It seems to me that the circumstances here, in fairness to the accused (who must remain in jail until tried), entitle him to a more speedy trial than will result in the normal course of proceedings, which we are advised will not provide a jury for probably six months or more.

No. 9,022.—STATE ex Rel. JOSEPH CROISETTIER, Police Judge, Relator, v. DISTRICT COURT, Respondent.

Decided June 10, 1940.

PER CURIAM.—After due consideration petition of relator for writ of supervisory control prayed for is denied.

*Mr. Bertram P. Berger,* for Relator.

No. 8,096.—STATE ex Rel. MINNIE HANSEN, Relatrix, v. DISTRICT COURT et al., Respondents.

Decided July 3, 1940.

PER CURIAM.—It is ordered that the above-entitled proceeding be dismissed in accordance with stipulation of counsel.

*Mr. J. Frank Sullivan,* for Relatrix.

*Mr. R. Lewis Brown, Mr. Earl N. Genzberger* and *Messrs. Emigh & Murray,* for Respondents.

No. 9,031.—STATE EX REL. BILLINGS HOUSING AUTHORITY, RELATOR, *v.* CITY OF BILLINGS ET AL., RESPONDENTS.

Decided July 8, 1940.

PER CURIAM.—It is ordered that this proceeding be dismissed on motion of counsel for relator.

*Mr. Grover Cisel, Mr. C. E. Snell, Mr. Lester H. Loble, Mr. Hugh R. Adair* and *Mr. E. R. Cook,* for Relator.